NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ION GEOPHYSICAL CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**SERCEL, INC.,**
*Defendant-Appellant.*

---

2011-1255, -1269

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0236, Judge David J. Folsom.

---

**ON MOTION**

---

**ORDER**

Sercel, Inc. moves without opposition for permission to include certain trial-court briefs in their entirety in the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 3 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew G. Reeves, Esq.
Gregory A. Castanias, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 3 0 2011**

**JAN HORBALY**
**CLERK**